IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREN STANZIONE and VICTORIA TYSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERSHEY COMPANY,<br><br>Defendant. | Case No. 1:24-cv-03913-NGG-JAM |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiffs Lauren Stanzione and Victoria Tyson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss the Complaint with prejudice. Dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendant The Hershey Company has not answered the Complaint or filed a motion for summary judgment.

Dated: October 24, 2024

Respectfully Submitted,

**BURSOR & FISHER, P.A.**

/s/ Julian Cole Diamond

Alec M. Leslie
Julian Cole Diamond
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
(646) 837-7011
Email: aleslie@bursor.com
jdiamond@bursor.com

**So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 10/25/24

Nick Suciu III
**Milberg Coleman Bryson Phillips Grossman PLLC**
6905 Telegraph Rd., Suite 115

1

Bloomfield Hills, MI 48301
(313) 303-3472
Email: nsuciu@milberg.com

*Attorneys for Plaintiffs*